# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TIMOTHY H. ROBINSON, SR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:04CV584** |
| vs. ) | |
| ) | **ORDER** |
| **UNUMPROVIDENT CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

On the court's own motion, the telephone planning conference previously set for August 19, 2005, at 9:00 a.m. is cancelled and is **rescheduled for August 16, 2005, at 9:00 a.m.** before the undersigned magistrate judge. Plaintiff's counsel shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 28th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge