IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TIMOTHY H. ROBINSON, SR.,** | ) | |
| | ) | 8:04CV584 |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **UNUMPROVIDENT CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court following a planning conference with counsel on August 16, 2005. John K. Green represented the plaintiff and Steven D. Davidson represented the defendant.

**IT IS ORDERED:**

1. All depositions, whether or not they are intended to be used at trial, shall be completed by **November 1, 2005**. All interrogatories, requests for admission and requests for production or inspection, whether or not they are intended to be used at trial, shall be served sufficiently early to allow rule time response before that date. Counsel may stipulate to extensions of time to respond to discovery requests in accordance with Fed. R. Civ. P. 29, as amended, but such extensions shall not extend any of the dates in this order; any requests for extensions of any of the deadlines herein shall be made by appropriate motion and order.

2. Cross-motions for summary judgment in this ERISA case shall be filed **on or before November 30, 2005.**

3. In the event the case is not resolved by the disposition of such cross-motions for summary judgment, the plaintiff shall initiate a conference call with opposing counsel and the undersigned magistrate judge within ten (10) working days following the court's ruling on the cross-motions for summary judgment for the purpose of scheduling this case to trial.

DATED this 18th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge