IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TIMOTHY H. ROBINSON SR., | ) | |
| Plaintiff, | ) | 8:04CV584 |
| v. | ) | |
| UNUM PROVIDENT, | ) | ORDER OF DISMISSAL |
| Defendant. | ) | |

The matter before the court is the plaintiff's Motion to Dismiss, Filing No. 46. The court finds that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's cause of action against the defendant is hereby dismissed in its entirety, with prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 16th day of June, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge